sage PERSONAL FINANCE

# Certificate of Debtor Education

I certify that on 10/30/2026, Edward Risch Ii

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the Northern District of Alabama .

Case number: 26-82242

Certificate number: ALN26-822425108839

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance